HOWARD F. ZOARSKI *v.* BARBARA B. ZOARSKI

HOUSE, C. J., COTTER, THIM, SHAPIRO and LOISELLE, Js.

Argued November 3—decided November 5, 1971

*Nathan A. Resnik,* for the appellant (plaintiff).

*Harold B. Yudkin,* for the appellee (defendant).

Per Curiam. This appeal is from a judgment for the defendant on the plaintiff's complaint and on the defendant's cross complaint, each seeking a divorce on the ground of intolerable cruelty. We find no error in the evidential rulings of the state referee who tried the case sitting as a court. The finding of facts, which is not subject to material correction, fully supports the conclusions of the court.

There is no error.